# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WOORI AMERICA BANK, | |
| Plaintiff, | Case No. 2:10-cv-00358-KJD-PAL |
| vs. | **ORDER** |
| SAHARA WESTWOOD HOTEL, LLC, et al., | (Mtn to Withdraw - Dkt. #21) |
| Defendants. | |

This matter is before the court on the Motion to Withdraw as Counsel of Record (Dkt. #21) filed November 23, 2010. Michael Stein and Snell & Willmer L.L.P. seek to withdraw as counsel of record for Plaintiff Woori America Bank. The Motion represents that Plaintiff has failed to communicate or cooperate with counsel and was warned that counsel would withdraw. Relations between Plaintiff and its counsel have deteriorated to the point where counsel can no longer represent Plaintiff because Plaintiff does not respond to counsel's letters or phone messages. Local Rule IA 10-6 provides that "no withdrawal . . . shall be approved if delay of discovery, the trial or any hearing in the case would result." The Complaint (Dkt. #1) was filed on March 15, 2010.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1. The Motion to Withdraw as Counsel of Record (Dkt. #21) is GRANTED.
2. Because a corporation cannot appear except through counsel, *Rowland v. California Men's Colony*, 506 U.S. 194, 201-02 (1993); *U.S. v. High Country Broadcasting Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993), Plaintiff shall designate counsel of record authorized to appear in this action **no later than December 13, 2010.**

///

3.  Failure to comply with this order may result in a recommendation to the District Judge for sanctions, including case-dispositive sanctions.

4.  The Clerk of Court shall serve a copy of this Order on Plaintiff at:

    Bryan Kim
    Assistant Regional Manager
    Woori America Bank
    California Business Promotion Center
    2610 W. Olympic Blvd.
    Los Angeles, CA 90006

Dated this 24th day of November, 2010.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE