1

2

3

4

5

6

7    **UNITED STATES DISTRICT COURT**

8    **DISTRICT OF NEVADA**

9

10   WOORI AMERICAN BANK,

11        Plaintiff,                          Case No. 2:10-CV-00358-KJD-PAL

12   v.                                       **ORDER**

13   SAHARA WESTWOOD HOTEL, *et al.*,

14        Defendants.

15

16        Presently before the Court is the Report of Findings and Recommendation (#24) of

17   Magistrate Judge Peggy A. Leen recommending that Plaintiff's complaint be dismissed unless

18   Plaintiff retained counsel who files a Notice of Appearance with the Local Rules before January 25,

19   2011.  The Court has conducted a *de novo* review of the record in this case in accordance with 28

20   U.S.C. § 636(b)(1) and LR IB 3-2.  Plaintiff's original counsel had his motion to withdraw granted

21   (#21), but then filed a motion for summary judgment on January 31, 2011.  Counsel then filed Notice

22   of Appearance in accordance with the Local Rules on February 8, 2011.  The Court finds that the

23   Findings and Recommendation (#24) of the United States Magistrate Judge entered January 13,

24   2011, should be affirmed in part and denied in part as moot.

25

26

Plaintiff having belatedly retained counsel and filed Notice of Appearance of Counsel, IT IS ORDERED that the Report of Findings and  Recommendation (#24) of the United States Magistrate Judge entered January 13, 2011, is **AFFIRMED in part as to the order to obtain counsel**.

DATED this 6th day of April 2011.

Kent J. Dawson
United States District Judge